IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00765-LTB-KMT

LINDA PALMER,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Defendant's Unopposed Motion to Vacate and Re-Set Settlement Conference" (#13, filed September 22, 2008) is GRANTED. The Settlement Conference set for October 9, 2008 is VACATED and RESET for **January 22, 2009 at 10:30 a.m.**

Dated: September 24, 2008