**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00765-LTB-KMT

LINDA PALMER,

       Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of All Claims and Entire Action, With Prejudice (Doc 44 - filed October 27, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                       BY THE COURT:

                       s/Lewis T. Babcock
                       Lewis T. Babcock, Judge

DATED: October 28, 2009